Emma E. Futherer et al., Respondents, *v.* David C. Angelidis, Appellant, Impleaded with Another.

Submitted April 14, 1941; decided April 24, 1941.

*Merle Lewis Sheffer* for motion.

*Addis V. Adams* opposed.

Motion dismissed on ground the order is not final.

Ruth B. Viall, Respondent, *v.* Leland S. Viall, Appellant.

Submitted April 14, 1941; decided April 24, 1941.

*Meyer Fix* for motion.

*Charles E. Bostwick* and *Hugh J. O'Brien* opposed.

Motion denied on the ground that an appeal lies as of right.